**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 96-6089**

DANNY ALAN VESTAL,

Plaintiff - Appellant,

versus

BILL CLINTON; JAMES B. HUNT,

Defendants - Appellees.

Appeal from the United States District Court for the Middle District of North Carolina, at Salisbury. James A. Beaty, Jr., District Judge. (CA-95-752)

Submitted:  May 16, 1996                    Decided:  May 21, 1996

Before RUSSELL, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Danny Alan Vestal, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1988) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Vestal v. Clinton</u>, No. CA-95-752 (M.D.N.C. Jan. 9, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>